IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DENISE WADE**                                                                                   **PLAINTIFF**

v.                              No. 4:13-cv-48-DPM

**BAPTIST HEALTH; DEBRA LANGLEY;**
**and NAOMI WALLIS**                                                                **DEFENDANTS**

## JUDGMENT

Wade's FMLA & ERISA claims are dismissed with prejudice. Her wrongful-termination claim is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 August 2014